IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE BURTON, | No. C 06-06658 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| PFIZER, INC., | |
| Defendant. / | |

     This action appears to be one of several cases currently pending in the Northern District of California involving the medications Bextra® and Celebrex®, which have been designated for coordinated or consolidated pretrial proceedings by the Judicial Panel on Multidistrict Litigation. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Breyer for the purpose of determining whether it is related to *In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL Case No. 05-1699 CRB.

**IT IS SO ORDERED.**

Dated: October 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE