DANIEL S. GRUBER, ESQ., SBN 113351
**GRUBER & GRUBER**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
(818) 981-0066 - Telephone
(818) 981-2122 - Facsimile

HOWARD A. SNYDER, ESQ., SBN 113637
**LAW OFFICES OF HOWARD A. SNYDER**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
(818) 461-1790 - Telephone
(818) 461-1793 - Facsimile

Attorneys for Plaintiffs,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MARGIE BURTON; VIRGINIA SMITH; DOROTHY LEBO; ROBERT J. CAVALLIN; HOMER L. PETERS; BILLY THOMAS; KATHRYN GEIER; WALTER DENMAN; JAMES IRWIN; MATT KOONTZ; OTTO NAY, <br><br>Plaintiffs, <br><br>vs. <br><br>PFIZER INC.; PHARMACIA CORPORATION, and G.D. SEARLE, LLC, <br><br>Defendants. | CASE NO.: C06-06658-CRB <br><br>[Assigned for all purposes to the Honorable Charles R. Breyer, Ctrm 8] <br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO JAMES IRWIN, ONLY** |

COME NOW the Plaintiff, **JAMES IRWIN**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, JAMES IRWIN, ONLY with prejudice with each side bearing its own attorneys' fees and costs.

\ \ \

\ \ \

\ \ \

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a))
AS TO JAMES IRWIN, ONLY

1  \\\

2  DATE: May 14, 2009                     GRUBER & GRUBER

3

4                                          By: _____
                                               DANIEL S. GRUBER
5                                              Attorneys for Plaintiffs

6

7  DATE: May 14, 2009                     GORDON & REES, LLP

8                                          By: _____
                                               STUART M. GORDON
9                                              Attorneys for Defendants, Pfizer, Inc.

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13

14  DATE: June 5, 2009                    _____
                                           Hon. Charles R. Breyer
15                                         United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a))
AS TO JAMES IRWIN, ONLY